UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60831-Civ-Moreno/Torres

JAMES K. FIANO,

    Plaintiff,

v.

CREDIT COUNSEL, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, James K. Fiano, submits this Notice of Pending Settlement and states that the parties have reached an informal agreement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon completion of the settlement process will be done by August 11, 2010, Plaintiff will file a notice of voluntary dismissal with the Court.

    Respectfully submitted,

    DONALD A. YARBROUGH, ESQ.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339
    Telephone: (954) 537-2000
    Facsimile: (954) 566-2235
    donyarbrough@mindspring.com

    s/Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60831-Civ-Moreno/Torres

JAMES K. FIANO,

    Plaintiff,

v.

CREDIT COUNSEL, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 27, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        s/Donald A. Yarbrough
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Christopher Mihoulides
Credit Counsel, Inc.
Suite 216
1400 NE Miami Gardens Drive
North Miami Beach, FL 33179
Telephone: 305-940-9020
Facsimile: 305-940-9414

Via Notices of Electronic Filing generated by CM/ECF